IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Martin, Gertrude D

Printed: 10/9/07

Case Number: 06 B 00682
Judge: Wedoff, Eugene R

Filed: 1/26/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: August 9, 2007
Confirmed: March 16, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 13,409.30 |  |
| Secured: |  | 9,187.02 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,900.00 |
| Trustee Fee: |  | 595.17 |
| Other Funds: |  | 1,727.11 |
| Totals: | 13,409.30 | 13,409.30 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,900.00 | 1,900.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | Nissan Motor Acceptance Corporation | Secured | 22,603.74 | 9,187.02 |
| 5. | America's Servicing Co | Secured | 8,648.00 | 0.00 |
| 6. | Paragon Way Inc | Unsecured | 114.40 | 0.00 |
| 7. | National Quick Cash | Unsecured | 156.00 | 0.00 |
| 8. | Triad Financial Services | Unsecured | 6,373.98 | 0.00 |
| 9. | B-Line LLC | Unsecured | 537.58 | 0.00 |
| 10. | Capital One | Unsecured | 665.11 | 0.00 |
| 11. | Cash Advance | Unsecured | | No Claim Filed |
| 12. | CorTrust Bank | Unsecured | | No Claim Filed |
| 13. | Comcast | Unsecured | | No Claim Filed |
| 14. | Advance Til Payday | Unsecured | | No Claim Filed |
| 15. | First Payday Loan | Unsecured | | No Claim Filed |
| 16. | Eric M Dares DDS | Unsecured | | No Claim Filed |
| 17. | Nationwide Cash | Unsecured | | No Claim Filed |
| 18. | TCF Bank | Unsecured | | No Claim Filed |
| 19. | US Fast Cash | Unsecured | | No Claim Filed |
| 20. | United Cash Loans | Unsecured | | No Claim Filed |
| | | | $ 40,998.81 | $ 11,087.02 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 125.12 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Martin, Gertrude D

Printed: 10/9/07

Case Number: 06 B 00682
Judge: Wedoff, Eugene R
Filed: 1/26/06

|  |  |
|---|---|
| 5% | 139.17 |
| 4.8% | 214.36 |
| 5.4% | 116.52 |
|  | _____ |
|  | $ 595.17 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Denise Ashley*